UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                                    bl8180
- - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - -
In Re
                                          Case No. 06-12892-mg

    **ERIC RIEDMAN,**                          (Chapter 7)

                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF HEARING TO CONSIDER DEBTOR'S APPLICATION
FOR COURT APPROVAL OF SETTLEMENT AGREEMENT BETWEEN
DEBTOR AND 7 TRUSTEE [SEE SETTLEMENT AGREEMENT IN DOCKET
REPORT, AS DOCUMENT NO. 42, ATTACHMENT #1]**

       **PLEASE TAKE NOTICE** that a hearing will be held on May 26, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Martin Glenn, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 to consider the Debtor's application for Court approval of the Settlement Agreement between the Debtor and the Trustee [See Settlement Agreement in Docket Report, as Document No. 42, Attachment #1].

       **PLEASE TAKE FURTHER NOTICE** that the Settlement Agreement has previously been electronically filed with the Clerk of the United States Bankruptcy Court in the Docket Report, as Document No. 42, Attachment # 1, and may be examined and inspected by interested parties on the Court's website (http://www.nysb.uscourts.gov) or by contacting Debtor's counsel.

       **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in

accordance with General Order M-242 (which may be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF, Word Perfect, or any other Windows-based word processing format (with a hard copy delivered to Judge Glenn's Chambers), and served in accordance with General Order M-242, and shall be further served upon (i) Debtor's counsel, the Law Offices of Barton P. Levine, 260 Madison Avenue, 17th Floor, New York, New York 10016; (ii) the Trustee's counsel, Arent Fox, LLP, 1675 Broadway, New York, New York 10019 (Attention: Jeffrey D. Vanacore, Esq.); and (iii) the Offices of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Susan Golden, Esq.) no later then May 25, 2010 at 4:00 p.m.

**Dated: New York, New York**
  **April 26, 2010**

**LAW OFFICES OF BARTON P. LEVINE**

**By: /s/ Barton P. Levine**
**Barton P. Levine, Esq.**
**Attorneys for Eric Riedman, Debtor**
**260 Madison Avenue, 17th Floor**
**New York, New York 10016**
**(212) 268-1177**