Schuyler G. Carroll
Jeffrey D. Vanacore
Arent Fox LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

ERIC RIEDMAN,

                    Debtor.
------------------------------------------------------------x

Chapter 7

Case No. 06-12892 (MG)

## NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER APPLICATION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT BETWEEN DEBTOR AND CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that the hearing to consider the Application for Court Approval of Settlement Agreement between Debtor and Chapter 7 Trustee scheduled for May 26, 2010 at 10:00 a.m. has been adjourned to **July 27, 2010 at 10:00 a.m.** prevailing Eastern Time, before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 501, New York, New York 10004-1408.

Dated: New York, New York
        May 24, 2010

        Arent Fox LLP

        By:     */s/ Jeffrey D. Vanacore*
        Schuyler G. Carroll
        Jeffrey D. Vanacore
        1675 Broadway
        New York, NY 10019
        (212) 484-3900

        *Attorney for Roy Babitt, Chapter 7 Trustee*

NYC/486827.1