*[Handwritten at top: STOP STOP — STOP !! FIND OUR MONEY RIEDMAN TOOK FROM US — OUR LIFE-TIME OF EARNINGS !!]*

*[Handwritten signatures: George R. [illegible] / Betty P. Collins / May 30, 2010]*

Schuyler G. Carroll
Jeffrey D. Vanacore
Arent Fox LLP
1675 Broadway
New York, New York 10019
(212) 484-3900
Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

ERIC RIEDMAN,

                      Debtor.
------------------------------------------------------------x

Chapter 7

Case No. 06-12892 (MG)

## AMENDED NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER (I) APPLICATION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT BETWEEN DEBTOR AND CHAPTER 7 TRUSTEE (II) FEES OF ARENT FOX LLP AND (III) TRUSTEE'S COMMISSIONS

**PLEASE TAKE NOTICE** that the hearing to consider the (i) Application for Court Approval of Settlement Agreement between Debtor and Chapter 7 Trustee; (ii) Fees of Arent Fox LLP and (iii) Trustee's Commissions scheduled for May 26, 2010 at 10:00 a.m. has been adjourned to **July 27, 2010 at 10:00 a.m.** prevailing Eastern Time, before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, Courtroom 501, New York, New York 10004-1408.

Dated: New York, New York
         May 24, 2010

                                      Arent Fox LLP

                                      By:    */s/ Jeffrey D. Vanacore*
                                      Schuyler G. Carroll
                                      Jeffrey D. Vanacore
                                      1675 Broadway
                                      New York, NY 10019
                                      (212) 484-3900

                                      *Attorney for Roy Babitt, Chapter 7 Trustee*

*[Handwritten at left margin: cc: LEVINE / VANACORE / GOLDEN / GLENN]*

NYC/486827.1