UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re

ERIC RIEDMAN,

                                 Debtor.

------------------------------------------------------------ x

Chapter 7

Case No. 06-12892 (MG)

## ORDER APPROVING (I) SETTLEMENT AGREEMENT BETWEEN DEBTOR AND CHAPTER 7 TRUSTEE AND (II) DISTRIBUTION OF PROCEEDS

Upon the (i) Application for Court Approval of Settlement Agreement between Debtor and Chapter 7 Trustee (the "Stipulation of Settlement") [Docket No. 42]; and the (ii) Fee Application of Arent Fox and Request for Commissions of the Chapter 7 Trustee (collectively, the "Fee Application") [Docket No. 45] and a hearing having been held before this Court to consider the Stipulation of Settlement and the Fee Application; and the Chapter 7 Trustee having resolved the objection of the Office of the United States Trustee to the Fee Application and all other objections having been overruled; and sufficient cause having been shown, it is hereby

ORDERED, that the Stipulation of Settlement is hereby approved; and it is further

ORDERED, that fees and expenses of Arent Fox LLP in the amount of $96,530.26[1] and Trustee's commissions of $4,492.08, are hereby approved; and it is further

ORDERED, that the funds currently held in the Chapter 7 Trustee's escrow account which total $71,073.99 shall be distributed in the following amounts: (a) two-thirds to Arent Fox and the Chapter 7 Trustee in partial satisfaction of the amounts approved herein and (b) one-third to the allowed claims against the Debtor in accordance with Bankruptcy Code Section 507; and it is further

---

[1] Arent Fox and the Chapter 7 Trustee agreed to reduce their fees by 20%. The amounts approved herein represent the net amount after the discount is applied.

NYC/513873.2

ORDERED, that when the accrued balance in the Chapter 7 Trustee's account reaches $10,000 as a result of payments received pursuant to the Stipulation of Settlement, the Chapter 7 Trustee shall distribute the proceeds as follows: (a) two-thirds to Arent Fox and the Chapter 7 Trustee for outstanding professional fees and Chapter 7 Trustee commissions approved pursuant to this Order and (b) one-third to the allowed claims against the Debtor in accordance with Bankruptcy Code Section 507.

Dated: New York, New York
      **September 22, 2010**

                                                     */s/Martin Glenn*
                                         UNITED STATES BANKRUPTCY JUDGE