Andrew I. Silfen
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorneys for Roy Babitt, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ERIC RIEDMAN, | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No. 06-12892 (MG) |
| | : | |

---------------------------------------------------------x

## NOTICE OF CORRECTION
## OF ATTORNEY OF RECORD FOR
## <u>ROY BABITT, CHAPTER 7 TRUSTEE</u>

PLEASE TAKE NOTICE that Andrew I. Silfen, Heike M. Vogel, and Arent Fox LLP ("Arent Fox LLP") are the correct attorneys of record for Roy Babitt, Chapter 7 Trustee. Please remove Jeffrey D. Vanacore and Perkins Coie as the attorneys for Roy Babitt. Arent Fox LLP hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

> Andrew I. Silfen
> Heike M. Vogel
> Arent Fox LLP
> 1675 Broadway
> New York, NY 10019
> Tel: (212) 484-3900
> Fax: (212) 484-3990
> silfen.andrew@arentfox.com
> vogel.heike@arentfox.com

NYC/585038.1

Dated: New York, New York
May 23, 2011

                                                ARENT FOX LLP
                                                Attorneys for Roy Babitt, Chapter 7 Trustee

By:    */s/ Heike M. Vogel*
       Andrew I. Silfen
       Heike M. Vogel
       1675 Broadway
       New York, NY 10019
       (212) 484-3900