| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | HEARING DATE: October 6 , 2011 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 3:00 PM |

------------------------------------------------------------x
In re: : Case No. 06 B 12892 (MG)
 :
Eric Riedman, : (Chapter 7)
 :
                          Debtor. :
------------------------------------------------------------x

## STATEMENT OF THE UNITED STATES TRUSTEE
## REGARDING TRUSTEE'S FINAL REPORT

TO:    THE HONORABLE MARTIN GLENN
        UNITED STATES BANKRUPTCY JUDGE:

Tracy Hope Davis, the United States Trustee for Region 2 (the "United States Trustee"), respectfully submits this statement regarding the Trustee's Final Report (the "TFR") in this Chapter 7 case.

1.    The United States Trustee certified that she reviewed the TFR, including Exhibits A through D.

2.    The gross receipts of this estate total $79,835.95, inclusive of accrued interest. *See* TFR ¶ 4. The Trustee recovered the sum of $50,000 from the promissory note owned by the Debtors' wife and $29,492.85 for the Debtors settlement with the Trustee. *See* Exhibit A to the TFR. Disbursements in the amount of $49,010.98 have been made leaving a balance on hand of $30,824.97.

3.    The Trustee reports that he has examined all claims that were filed with the Bankruptcy Court. The secured claims total $64,487.65. Priority claims total $35,477.78. Unsecured claims total $10,323,117.60. This case is administratively insolvent. By order of the Bankruptcy Court dated September 22, 2010, the Trustee was awarded $2,106.92 in commissions and the Trustee's legal counsel, Arent Fox LLP, was awarded fees in the amount of $45,275.68.

In addition, the order states that the remaining funds will be paid to the secured creditor, the Department of Treasury (the "Treasury"). The Trustee now proposes to make a payment of $30,824.97 to the Treasury. *See* Trustee's Proposed Distribution, Exhibit D to the TFR.

**WHEREFORE**, the United States Trustee requests that the Court approve the TFR and grant other relief as is just.

Dated: New York, New York
      September 15, 2011

    Respectfully submitted,
    TRACY HOPE DAVIS
    UNITED STATES TRUSTEE

By:    /s/ Paul K. Schwartzberg
    Paul K. Schwartzberg
    Trial Attorney
    33 Whitehall Street - 21st Floor
    New York, New York 10004
    Tel. No. (212) 510-0500